THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00258 RAJ |
| Plaintiffs, | ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| vs. | |
| LOUIE SANFT, JOHN SANFT, and SEATTLE BARREL AND COOPERAGE COMPANY, | |
| Defendants. | |

The Court has considered the parties' Stipulated Motion to Continue Trial Date, requesting a continuance of the trial date and pretrial motions deadline, and has further received speedy trial waivers from Defendants. In light of the circumstances presented in the parties' motion,

THE COURT FINDS that the failure to grant a continuance of the trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS that this is a complex case due to the volume of discovery to be provided, and that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself as those dates are currently set, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224

1 THE COURT FURTHER FINDS that the failure to grant a continuance of the trial date and pretrial motions deadline would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial.

Accordingly, IT IS ORDERED that the Stipulated Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. #21) is GRANTED. The trial date in this matter is continued from March 16, 2020 to October 19, 2020.

IT IS FURTHER ORDERED that the period of time from the date of this Order until the new trial date of October 19, 2020, is excluded time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

Additionally, IT IS ORDERED that all pretrial motions, including motions in limine, shall be filed no later than July 31, 2020.

DATED this 5th day of February, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE - 2
(CASE NO. 2:19-cr-00258-RAJ)

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224