THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LOUIE SANFT, JOHN SANFT, and SEATTLE BARREL AND COOPERAGE COMPANY, <br><br> Defendants. | Case No. 2:19-cr-00258 RAJ <br><br> STIPULATED MOTION AND ORDER TO CONTINUE SEVERANCE-RELATED PRETRIAL MOTIONS AND SETTING BRIEFING SCHEDULE |

STIPULATED MOTION AND ORDER TO
CONTINUE SEVERANCE-RELATED
PRETRIAL MOTIONS AND SETTING
BRIEFING SCHEDULE
(Case No. 2:19-cr-00258-RAJ)

The parties in this matter hereby file this stipulated motion to continue from July 31, 2020 to August 14, 2020 the pretrial motions deadline as to severance motions and/or motions relating to *Bruton v. United States*, 391 U.S. 123 (1968), and *Crawford v. Washington*, 541 U.S. 36 (2004). The previously-scheduled July 31, 2020 pretrial motions deadline shall remain in place as to other pretrial motions that may be filed.

This proposed continuance is necessary because defendants believe there may be significant *Bruton*/*Crawford* issues and/or severance issues relating to the introduction at trial of statements, or portion of statements, drawn from two lengthy recorded interviews of each defendant. The interviews occurred during the execution of a search warrant at Seattle Barrel on March 8, 2019.

During a meet and confer session on these issues, defense counsel agreed to provide a verbatim transcript of the recorded statements of John Sanft and Louie Sanft by July 10, 2020. In return, the government agreed to identify the statements it proposes to offer from those recorded statements (by line and page number) to defense counsel by July 20, 2020.

In order to provide the defense sufficient time to review and analyze the government's proposed offer of proof as to these statements, the parties agree that a brief continuance of the deadline for pretrial motions relating to severance and/or *Bruton*/*Crawford* issues is appropriate. The parties propose that the defendants' opening briefs as to such issues shall be due on August 14, 2020; the government's responses to defendants' pretrial motions on these issues would be due on August 28, 2020; and the defendants' optional reply briefs would be due on September 4, 2020.

STIPULATED MOTION AND ORDER TO
CONTINUE SEVERANCE-RELATED
PRETRIAL MOTIONS AND SETTING
BRIEFING SCHEDULE
(Case No. 2:19-cr-00258-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

The parties further agree that all other pretrial motions, if any, should be filed by the previously scheduled motions deadline of July 31, 2020. The government's response to those motions should be filed no later than August 14, 2020. Defendants' optional replies in support of those motions should be filed no later than August 21, 2020.

*SO STIPULATED.*

DATED this 7th day of July, 2020.

    Respectfully submitted,

    BRIAN T. MORAN
    United States Attorney

    By:   */s/ Seth Wilkinson*
        Seth Wilkinson
        Karla G. Perrin
        Assistant United States Attorneys
        700 Stewart St, Suite 5220
        Seattle, WA 98101
        Email: seth.wilkinson@usdoj.gov
               karla.perrin@usdoj.gov

    CALFO EAKES LLP

    By:   */s/ Angelo J. Calfo*
        Angelo J. Calfo, WSBA No. 27079
        Emily Dodds Powell, WSBA No. 49351
        1301 Second Avenue, Suite 2800
        Seattle, WA  98101
        Phone: (206) 407-2200
        Fax: (206) 407-2224
          Email: angeloc@calfoeakes.com
               emilyp@calfoeakes.com

    *Attorneys for Defendant Louie Sanft*

STIPULATED MOTION AND ORDER TO CONTINUE SEVERANCE-RELATED PRETRIAL MOTIONS AND SETTING BRIEFING SCHEDULE
(Case No. 2:19-cr-00258-RAJ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

SIDERIUS LONGERGAN & MARTIN LLP

By:     */s/ Michael G. Martin*
    Michael G. Martin, WSBA No. 11508
    500 Union Street, Suite 847
    Seattle, WA 98101
    Phone: (206) 624-2800
    Fax: (206) 624-2805
       Email: michaelm@sidlon.com

*Attorneys for Defendant John Sanft*

LANE POWELL PC

By:     */s/ Harold Malkin*
    Harold Malkin, WSBA No. 30986
    Taylor Washburn, WSBA No. 51524
    1420 Fifth Avenue, Suite 4200
    Seattle, WA 98111
    Phone: (206) 223-7000
    Fax: (206) 223-7107
    Email: malkinh@lanepowell.com
          washburnt@lanepowell.com

*Attorneys for Defendant Seattle Barrel and Cooperage Company*

STIPULATED MOTION AND ORDER TO CONTINUE SEVERANCE-RELATED PRETRIAL MOTIONS AND SETTING BRIEFING SCHEDULE
(Case No. 2:19-cr-00258-RAJ) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 7th day of July, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION AND ORDER TO
CONTINUE SEVERANCE-RELATED
PRETRIAL MOTIONS AND SETTING
BRIEFING SCHEDULE
(Case No. 2:19-cr-00258-RAJ) - 4

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224