THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>LOUIE SANFT, JOHN SANFT, and SEATTLE BARREL AND COOPERAGE COMPANY,<br><br>                Defendants. | Case No. 2:19-cr-00258 RAJ<br><br>STIPULATED MOTION AND ORDER TO TEMPORARILY VACATE PRETRIAL MOTIONS DEADLINES |

STIPULATED MOTION AND ORDER TO
TEMPORARILY VACATE PRETRIAL
MOTIONS DEADLINES
(Case No. 2:19-cr-00258-RAJ)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

On July 20, 2020, the Court set a status conference for July 31 to address when the Court might have the ability to proceed with trial in this matter given the Covid-19 pandemic. The parties understand that trial in this matter is unlikely to begin on October 19 as currently scheduled. In light of the anticipated change in trial date, and in the interests of efficiency given the current deadline of July 31 for certain pretrial motions, the parties therefore stipulate to vacate the pretrial motions deadlines.

The parties therefore request that the Court vacate the current deadline of July 31, 2020, for non-*Bruton/Crawford* pretrial motions, and the current deadline of August 14, 2020, for severance motions and *Bruton/Crawford* motions. The parties further request that the Court reset those deadlines at or after the status conference on July 31.

*SO STIPULATED.*

DATED this 21st day of July, 2020.

                                Respectfully submitted,

                                BRIAN T. MORAN
                                United States Attorney

                                By:    /s/ Seth Wilkinson
                                    Seth Wilkinson
                                    Karla G. Perrin
                                    Assistant United States Attorneys

                                CALFO EAKES LLP

                                By:    /s/ Angelo J. Calfo
                                    Angelo J. Calfo, WSBA No. 27079
                                    Emily Dodds Powell, WSBA No. 49351
                                    1301 Second Avenue, Suite 2800
                                    Seattle, WA  98101
                                    Phone: (206) 407-2200
                                    Fax: (206) 407-2224
                                    Email: angeloc@calfoeakes.com
                                               emilyp@calfoeakes.com

                              *Attorneys for Defendant Louie Sanft*

STIPULATED MOTION AND ORDER TO
TEMPORARILY VACATE PRETRIAL
MOTIONS DEADLINES
(Case No. 2:19-cr-00258-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

SIDERIUS LONGERGAN & MARTIN LLP

By:   */s/ Michael G. Martin*
    Michael G. Martin, WSBA No. 11508
    500 Union Street, Suite 847
    Seattle, WA 98101
    Phone: (206) 624-2800
    Fax: (206) 624-2805
    Email: michaelm@sidlon.com

*Attorneys for Defendant John Sanft*

LANE POWELL PC

By:   */s/ Harold Malkin*
    Harold Malkin, WSBA No. 30986
    Taylor Washburn, WSBA No. 51524
    1420 Fifth Avenue, Suite 4200
    Seattle, WA 98111
    Phone: (206) 223-7000
    Fax: (206) 223-7107
    Email: malkinh@lanepowell.com
          washburnt@lanepowell.com

*Attorneys for Defendant Seattle Barrel and Cooperage Company*

STIPULATED MOTION AND ORDER TO
TEMPORARILY VACATE PRETRIAL
MOTIONS DEADLINES
(Case No. 2:19-cr-00258-RAJ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 22nd day of July, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION AND ORDER TO
TEMPORARILY VACATE PRETRIAL
MOTIONS DEADLINES
(Case No. 2:19-cr-00258-RAJ) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224