THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>LOUIE SANFT, JOHN SANFT, and SEATTLE BARREL AND COOPERAGE COMPANY,<br><br>Defendants. | Case No.  2:19-CR-00258 RAJ<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

On July 31, 2020, the Court held a status conference with the parties to address a continuance of the trial date and pretrial motions deadline, and explained to the parties that the Court will be unable to accommodate in-person multiple-defendant trials by the currently-scheduled trial date of October 19, 2020.  Upon discussion, all parties agreed to an extension of the trial date to June 7, 2021.  The Court has further received speedy trial waivers from Defendants.

Based on General Orders 02-20, 03-20, and 11-20 of the United States District Court for the Western District of Washington addressing measures to reduce the spread and health risks from COVID-19, which are incorporated herein by reference, the Court

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 1
(CASE NO. 2:19-cr-00258-RAJ)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224

hereby FINDS that trial in this case cannot proceed on the currently scheduled date of October 19, 2020. The ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial, and failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendants and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

    IT IS THEREFORE ORDERED that the trial date is continued to June 7, 2021.

    IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than March 1, 2021.

    IT IS FURTHER ORDERED that the period of time from the date of this Order until the new trial date of June 7, 2021, is excluded time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

    DATED this 10th day of August, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 2
(CASE NO. 2:19-cr-00258-RAJ)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224