THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIE SANFT, JOHN SANFT, and SEATTLE BARREL AND COOPERAGE COMPANY,<br><br>Defendants. | Case No.  2:19-CR-00258 RAJ<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

The Court has considered the parties' Stipulated Motion Continuing Trial Date and Pretrial Motions Deadline, requesting a continuance of the trial date and pretrial motions deadline, and has further received speedy trial waivers from Defendants.  In light of the circumstances presented in the parties' motion,

THE COURT FINDS that the failure to grant a continuance of the trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).  Based on General Order 18-20 of the United States District Court for the Western District of Washington addressing measures to reduce the spread and health risks from COVID-19, which is incorporated herein by reference, the Court hereby FINDS that trial in this case cannot proceed on the currently scheduled date of June 7, 2021.  The ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial, and failure to grant this continuance

ORDER CONTINUING TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE - 1
(CASE NO. 2:19-cr-00258-RAJ)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224

would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendants and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

Accordingly, IT IS ORDERED that the parties' Stipulated Motion (Dkt. # 43) is GRANTED.  The trial date is continued to November 1, 2021.  Pretrial motions shall be filed in accordance with the following deadlines:

- Motions related to severance or the exclusion of evidence under *United States v. Bruton*:  June 1, 2021;
- All other pretrial motions except motions *in limine*:  September 3, 2021;
- Motions *in limine:* due by September 24, 2021.

IT IS FURTHER ORDERED that the period of time from the date of this Order until the new trial date of November 1, 2021, is excluded time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

DATED this 19th day of February, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE - 2
(CASE NO. 2:19-cr-00258-RAJ)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224