THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00258-RAJ |
| Plaintiff, | ORDER ON GOVERNMENT'S MOTION FOR RECONSIDERATION |
| v. | |
| LOUIE SANFT, JOHN SANFT, and SEATTLE BARREL AND COOPERAGE COMPANY, | |
| Defendants. | |

THIS MATTER comes before the Court upon the Government's Motion for Reconsideration of the Court's Orders on Defendant John Sanft's Motion to Require Admission of Certain Statements Under Rule of Completeness and Defendant Louie Sanft's Motion for Severance (which was joined by Defendants John Sanft and Seattle Barrel and Cooperage Company). Dkt. 59.

"Motions for reconsideration are strongly disfavored." W.D. Wash. Local Crim. R. 12(b)(13). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id*.

Having considered the government's motion, Defendant John Sanft's Response (Dkt. 60), Defendant Louie Sanft's Response (Dkt. 61), Defendant Seattle Barrel and Cooperage Company's Notice of Joinder (Dkt. 62), and the files and pleadings herein, the Court finds that the government has failed to demonstrate manifest error, and has

ORDER - 1

presented no new evidence to justify reversal of the Court's prior decision.  Therefore, the government's Motion for Reconsideration (Dkt. 59) is **DENIED**.

DATED this 19th day of August, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 2