THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIE SANFT and SEATTLE BARREL AND COOPERAGE COMPANY,<br><br>Defendants. | Case No. 2:19-cr-00258 RAJ<br><br>ORDER GRANTING IN PART STIPULATED MOTION TO CONTINUE MOTIONS IN LIMINE DEADLINE |

THIS MATTER comes before the Court upon the parties' Stipulated Motion Continuing the Deadline for Filing Motions in Limine (Dkt. # 68). Having considered the Stipulated Motion, and the files and pleadings herein, the Court hereby GRANTS the motion IN PART. The deadline for filing motions in limine shall be extended from September 24, 2021, to October 22, 2021, with responses (if any) due on or before October 29, 2021.

DATED this 27th day of September, 2021.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER - 1
(CASE NO. 2:19-cr-00258-RAJ)