THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00258 RAJ |
| Plaintiff, | ORDER GRANTING LEAVE TO FILE MOTION TO COMPEL |
| vs. | |
| LOUIE SANFT and SEATTLE BARREL AND COOPERAGE COMPANY, | |
| Defendants. | |

THIS MATTER comes before the Court upon the Government's Motion for Leave to File a Motion to Compel Defendants to Produce a Compliant Exhibit List, which has not been opposed by Defendants. The Court hereby finds that good cause exists and GRANTS the Motion for Leave to File the Motion to Compel (Dkt. # 74).

DATED this 1st day of November, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1
(CASE NO. 2:19-cr-00258-RAJ)