THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>LOUIE SANFT and SEATTLE BARREL AND COOPERAGE COMPANY,<br><br>                Defendants. | Case No.  2:19-CR-00258 RAJ<br><br>ORDER GRANTING DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE SURREPLY RE: GOVERNMENT'S MOTION TO COMPEL PRODUCTION OF A COMPLIANT EXHIBIT LIST |

ORDER - 1
(Case No. 2:19-cr-00258-RAJ)

**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278

The Court, having considered the Defendants' Joint Motion for Leave to File Surreply and Motion to Strike, and the Defendants' Joint Surreply in Opposition to the Government's Motion to Compel Production of a Compliant Exhibit List,

IT IS HEREBY ORDERED that Defendants' Joint Motion for Leave to File Surreply (Dkt. # 91) is GRANTED.  Defendants are permitted to file a surreply to the Government's reply regarding the Government's Motion to Compel Production of a Compliant Exhibit List.

DATED this 1st day of November, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1
(Case No. 2:19-cr-00258-RAJ)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278