THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIE SANFT and SEATTLE BARREL AND COOPERAGE COMPANY,<br><br>Defendants. | Case No.  2:19-CR-00258 RAJ<br><br>ORDER GRANTING DEFENDANTS' JOINT MOTION TO EXCLUDE TESTIMONY OF KEVIN HASKINS REGARDING OTHER CUSTOMERS |

ORDER GRANTING DEFENDANTS' JOINT
MOTION TO EXCLUDE TESTIMONY OF
KEVIN HASKINS REGARDING OTHER
CUSTOMERS - 1
(Case No. 2:19-cr-00258-RAJ)

**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278

1    The Court, having considered the Defendants' Joint Motion to Exclude Testimony

2    of Kevin Haskins Regarding Other Customers, and the United States' Response in Non-

3    Opposition,

4        IT IS HEREBY ORDERED that:

5        1.    The Court GRANTS Defendants' Joint Motion to Exclude Testimony of

6    Kevin Haskins Regarding Other Customers (Dkt. # 173).

7        2.    Kevin Haskins may not offer testimony, and the government may not elicit

8    related testimony or evidence, regarding whether or not any of Mr. Haskins' other

9    customers have experienced pH spikes in relation to boiler blowdowns.

10       IT IS SO ORDERED.

11       DATED this 8th day of December, 2021.

12

13

14

15       The Honorable Richard A. Jones
16       United States District Judge

17

18

19

20

21

22

23

24

25

ORDER GRANTING DEFENDANTS' JOINT
MOTION TO EXCLUDE TESTIMONY OF
KEVIN HASKINS REGARDING OTHER
CUSTOMERS - 1
(Case No. 2:19-cr-00258-RAJ)

**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278