THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LOUIE SANFT and SEATTLE BARREL AND COOPERAGE COMPANY,<br><br>　　　　　　　　Defendants. | Case No. 2:19-cr-00258 RAJ<br><br>ORDER GRANTING DEFENDANTS' JOINT MOTION FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

ORDER GRANTING DEFENDANTS' JOINT
MOTION FOR A WRIT OF HABEAS
CORPUS AD TESTIFICANDUM
(Case No. 2:19-cr-00258-RAJ)

**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278

The Court, having considered the Defendants' Joint Motion for a Writ of Habeas Corpus Ad Testificandum,

IT IS HEREBY ORDERED that:

1. Defendants' Petition is GRANTED.

2. The Court EXECUTES and ISSUES the Defendants' Proposed Writ of Habeas Corpus ad Testificandum for Isaac Ambrose and ADOPTS it as its own. The Court ORDERS the U.S. Marshals Service to convey Mr. Ambrose for testimony on or around Monday, December 13, 2021, at 9:00 a.m. and from time to time until his testimony is concluded.

3. The Clerk of Court shall immediately send copies of this order and the executed writ to the United States Marshal and the King County Correctional Facility.

IT IS SO ORDERED.

DATED this 8th day of December, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANTS' JOINT
MOTION FOR A WRIT OF HABEAS
CORPUS AD TESTIFICANDUM
(Case No. 2:19-cr-00258-RAJ)

**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278