THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>LOUIE SANFT, and SEATTLE BARREL AND COOPERAGE COMPANY,<br><br>Defendants. | Case No. 2:19-cr-00258 RAJ<br><br>ORDER GRANTING DEFENDANT SEATTLE BARREL COMPANY'S MOTION TO QUASH GOVERNMENT'S SUBPOENA |

ORDER GRANTING DEFENDANT'S
MOTION TO QUASH GOVERNMENT'S
SUBPOENA
(Case No. 2:19-cr-00258-RAJ)

**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278

The Court, having considered Defendant Seattle Barrel's Motion to Quash, the government's opposition, and the Defendants' reply materials, if any,

IT IS HEREBY ORDERED that:

1. The Defendant's Motion to Quash the government's subpoena is GRANTED.

2. The government's subpoena, Malkin Decl. Ex. 1, is QUASHED.

IT IS SO ORDERED.

DATED this 13th day of December, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION TO QUASH GOVERNMENT'S
SUBPOENA
(Case No. 2:19-cr-00258-RAJ)

**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278