THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>LOUIE SANFT and SEATTLE BARREL AND COOPERAGE COMPANY,<br><br>　　　　　　　Defendants. | Case No. 2:19-cr-00258 RAJ<br><br>ORDER GRANTING DEFENDANTS' JOINT MOTION TO EXCLUDE CONVICTION OF MR. KEVIN LARSON |

ORDER GRANTING DEFENDANTS' JOINT
MOTION TO EXCLUDE CONVICTION OF
MR. KEVIN LARSON
(Case No. 2:19-cr-00258-RAJ)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278

The Court, having considered Defendants' Joint Motion to Exclude Conviction of Mr. Kevin Larson, any Opposition to the motion, and any Reply,

IT IS HEREBY ORDERED that:

1. The Court GRANTS Defendants' Joint Motion to Exclude Conviction of Mr. Kevin Larson. Mr. Larson's prior conviction is inadmissible.

2. The government may not offer any evidence or elicit any testimony regarding Mr. Larson's March 2, 2012 conviction.

DATED this 15th day of December, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANTS' JOINT
MOTION TO EXCLUDE CONVICTION OF
MR. KEVIN LARSON
(Case No. 2:19-cr-00258-RAJ) - 1

**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278