Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LOUIE SANFT and SEATTLE BARREL AND COOPERAGE COMPANY,<br><br>　　　　　　　Defendants. | No. 2:19-cr-00258-RAJ<br><br>ORDER RE: JUROR LUNCHES |

The Court hereby directs the Clerk of Court to pay for lunch to be provided to the 12-member jury in the above entitled action which was in deliberation on December 22, 2021.

DATED this 22nd day of December, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER RE: JUROR LUNCHES – 1