THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:19-cr-00258-RAJ |
| Plaintiff, | ORDER EXTENDING DEADLINE FOR FILING POST-TRIAL MOTIONS |
| vs. | |
| LOUIE SANFT and SEATTLE BARREL AND COOPERAGE COMPANY, | |
| Defendants. | |

The Court, having considered the parties' Stipulated Motion Extending the Deadline for Filing Post-Trial Motions, hereby ORDERS that the deadline for filing post-trial motions under Federal Rules of Criminal Procedure 29(c)(1) and 33 shall be extended from January 5, 2021, to January 26, 2022.  The deadline for a response shall be February 9, 2022, with any reply due on or before February 16, 2022, and the motions noted for February 18, 2022.

DATED this 4th day of January, 2022.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER EXTENDING DEADLINE
FOR FILING POST-TRIAL MOTIONS
(CASE NO. 2:19-cr-00258-RAJ) - 1

LAW OFFICES
CALFO EAKES LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2278