THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIE SANFT and SEATTLE BARREL AND COOPERAGE COMPANY,<br><br>Defendants. | Case No.  2:19-cr-00258-RAJ<br><br>ORDER EXTENDING THE DEADLINE FOR FILING POST-TRIAL MOTIONS |

The Court, having considered the parties' Stipulated Motion Extending the Deadline for Filing Post-Trial Motions, hereby ORDERS that the deadline for filing post-trial motions under Federal Rules of Criminal Procedure 29(c)(1) and 33 shall be extended from January 26, 2022, to February 2, 2022.  The deadline for a response shall be February 16, 2022, with any reply due on or before February 25, 2022, and the motions noted for February 25, 2022.

DATED this 12th day of January, 2022.

*Richard A. Jones*
―――――――――――――――――
The Honorable Richard A. Jones
United States District Judge

ORDER EXTENDING THE DEADLINE
FOR FILING POST-TRIAL MOTIONS
(CASE NO. 2:19-cr-00258-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2278