THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LOUIE SANFT and SEATTLE BARREL AND COOPERAGE COMPANY,<br><br>　　　　　Defendants. | Case No.  2:19-cr-00258-RAJ<br><br>ORDER EXTENDING DEADLINE FOR FILING POST-TRIAL MOTIONS AND CONTINUING SENTENCING DATE |

　　　The Court, having considered the parties' Stipulated Motion Extending the Deadline for Filing Post-Trial Motions and Continuing the Sentencing Date, hereby ORDERS that the Motion (Dkt. # 230) is GRANTED.  The deadline for filing post-trial motions under Federal Rules of Criminal Procedure 29(c)(1) and 33 is extended to March 2, 2022.  The deadline for a response shall be March 16, 2022, with any reply due on or before March 25, 2022, and the motions noted for March 25, 2022.  The sentencing for Defendants Louie Sanft and Seattle Barrel and Cooperage Company is continued to April 29, 2022 at 9:00 a.m.

　　　DATED this 26th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER EXTENDING DEADLINE FOR FILING POST-TRIAL MOTIONS AND CONTINUING SENTENCING DATE (CASE NO. 2:19-cr-00258-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2278