THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>LOUIE SANFT and SEATTLE BARREL AND COOPERAGE COMPANY,<br><br>Defendants. | Case No. 2:19-cr-00258 RAJ<br><br>ORDER STRIKING DOCKET NUMBERS 231-6, 241, 241-1, 241-2 AND 242 |

This matter came before the Court on the parties' Agreed Motion to Strike. The Motion (Dkt. 245) is GRANTED. The Clerk is directed to strike the following pleadings from the docket: Docket Numbers 231-6, 241, 241-1, 241-2, and 242.

IT IS SO ORDERED.

DATED this 1st day of March, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO STRIKE DOCKET NOS. 231-6, 241, 241-1, 241-2 AND 242 - 1
(Case No. 2:19-cr-00258-RAJ)

**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278