The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIE SANFT, and<br>SEATTLE BARREL AND COOPERAGE COMPANY,<br><br>Defendants. | NO. 2:19-cr-00258-RAJ<br><br>**PROTECTIVE ORDER** |

The government has advised the Court that it intends to produce immigration records of a third party to defendants Louie Sanft and Seattle Barrel. The government has moved the Court for a protective order to protect its view of the confidentiality of these materials. Defendants do not oppose entry of the order to preserve the government's claim of confidentiality.

The Court GRANTS the motion and ORDERS that material labeled "Confidential Immigration Material-Subject to Protective Order" (hereafter, "Protected Material") shall be subject to the following restrictions:

1.  Protected Material shall not be disseminated except to (a) attorneys and staff of counsel of record for the defense, (b) the defendant; and (c) third party witnesses, including experts or consultants, as may be appropriate for representation of the client.

PROTECTIVE ORDER - 1

UNITED STATES ATTORNEY
700 STEWART STREET,
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. Defense counsel shall provide a copy of this Order to any person to whom counsel provides Protected Material. No person who receives Protected Material from defense counsel shall further disseminate Protected Material absent further order of this Court;

2. The Protected Material shall not be used for any purpose other than litigation purposes associated this action; and

3. Protected Material may be filed on the Court's docket only if it is filed under seal and accompanied by a contemporaneously filed motion to seal as per the local rules of this Court; provided, however, nothing in this Order shall require the Court to determine that the material covered by this Order must remain under seal when filed with the Court.

Either party may seek to modify the terms of this Order.

IT IS SO ORDERED.

DATED this 2nd day of May, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

PROTECTIVE ORDER - 2

UNITED STATES ATTORNEY
700 STEWART STREET,
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970