The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIE SANFT and SEATTLE BARREL AND COOPERAGE COMPANY,<br><br>Defendants. | NO. 2:19-cr-00258-RAJ<br><br>ORDER GRANTING MOTION TO SEAL |

The government has moved to seal its Response to Defendant's Joint Motion to Renote Motions, and the Declaration of Danielle Richardson, because those documents may contain material that is confidential under 8 U.S.C. §1367. Finding good cause, the Court GRANTS the motion (Dkt. 284). The government's Response and the Declaration of Danielle Richardson shall remain under seal.

DATED this 2nd day of May, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge