HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIE SANFT and SEATTLE BARREL AND COOPERAGE COMPANY<br><br>    Defendants. | Case No. 2:19-cr-00258-RAJ<br><br>ORDER ON DEFENDANTS' JOINT MOTION TO SEAL |

    This matter comes before the Court on Defendants' Joint Motion to Seal, Dkt. # 290. This motion is unopposed. Defendants Louie Sanft and Seattle Barrel and Cooperage Company ("Defendants") move to file under seal Exhibit A to the Declaration of Angelo J. Calfo, as well as an unredacted version of their reply brief in support of the motion to renote their motions for a new trial, pursuant to the Protective Order requiring that any material labeled "Confidential Immigration Material-Subject to Protective Order" be filed under seal. Dkt. # 290 at 2. The Court finds that the Exhibit is so labeled and the request to seal is thus appropriate.

    Under the local rules, there is a strong presumption of public access to the court's files. Local Rules W.D. Wash. 5(g). The Court finds that Defendants have appropriately redacted the reply brief insofar as material from the Exhibit is discussed to allow public

ORDER – 1

access to the non-protected portions of the briefing, providing the least restrictive method in line with Local Rules.  LCR 5(g)(3)(B).  The Court thereby GRANTS Defendants' motion to seal the Exhibit and unredacted reply brief.  Dkt. # 290.

DATED this 17th day of May, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2