HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00258-RAJ |
| Plaintiff, | ORDER ON GOVERNMENT'S MOTION TO SEAL |
| v. | |
| LOUIE SANFT and SEATTLE BARREL AND COOPERAGE COMPANY, | |
| Defendants. | |

This matter comes before the Court on the Government's Motion to Seal, Dkt. # 293. This motion is unopposed.

Under the local rules, there is a strong presumption of public access to the court's files. Local Rules W.D. Wash. 5(g). The Court ordered the Government to file a redacted version of the sealed Status Report and Response to Defendants' Request for Additional Relief or show cause as to why the filing must be sealed with no redacted version available. Dkt. # 296. The Government filed a redacted version of the status report. Dkt. # 298. Finding that the Government has appropriately redacted protected material discussed in the Status Report and Response to Defendants' Request for

ORDER – 1

Additional Relief pursuant to the Protective Order, the Court now GRANTS the Government's request to seal the unredacted version pursuant to LCR 5(g)(3)(B). Dkt. # 293.

DATED this 20th day of May, 2022.

_____
HON. RICHARD A. JONES
United States District Court Judge

ORDER – 2