THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIE SANFT and SEATTLE BARREL AND COOPERAGE COMPANY,<br><br>Defendants. | Case No.  2:19-cr-00258-RAJ<br><br>ORDER REGARDING POST-TRIAL BRIEFING SCHEDULE AND SENTENCING DATE |

The Court, having considered the parties' Stipulated Motion to Continue Post-Trial Briefing Schedule and Sentencing Date, and finding good cause, GRANTS the Motion (Dkt. 300) and ORDERS that the following deadlines shall apply:

**July 8, 2022:** Deadline for defendants Louie Sanft and Seattle Barrel and Cooperage Company to file supplemental briefing or motions in support of a new trial, acquittal, or other post-trial relief;

**August 5, 2022:** Deadline for the government to respond to any supplemental briefing or motions filed by the defendants;

**August 19, 2022:** Noting date for defendants' motions for post-trial relief, and deadline for defendants to file any reply briefs in support of their supplemental briefing or motions.

ORDER REGARDING BRIEFING AND SENTENCING DATE
(CASE NO. 2:19-cr-00258-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2278

The sentencing hearing for Louie Sanft and Seattle Barrel and Cooperage Company is continued to **October 28, 2022 at 1:30 p.m.**

DATED this 22nd day of June, 2022.

*[signature: Richard A. Jones]*

HON. RICHARD A. JONES
United States District Judge

ORDER REGARDING BRIEFING AND SENTENCING DATE
(CASE NO. 2:19-cr-00258-RAJ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2278