THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LOUIE SANFT, and SEATTLE BARREL AND COOPERAGE COMPANY, <br><br> Defendants. | Case No. 2:19-cr-00258-RAJ <br><br> ORDER GRANTING DEFENDANTS' JOINT MOTION TO SEAL |

The Court has considered defendants Louie Sanft's and Seattle Barrel's joint motion to seal. There being no opposition, and for good cause shown, the Court hereby ORDERS that the motion (Dkt. 306) is GRANTED. Exhibits 3, 13, 21, and 22 to the Declaration of Angelo Calfo and the unredacted motion to dismiss shall remain filed under seal.

DATED this 22nd day of July, 2022.

_____
HON. RICHARD A. JONES
United States District Judge

ORDER GRANTING JOINT MTN TO SEAL - 1
CASE NO. 2:19-CR-00258-RAJ

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401