The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIE SANFT and SEATTLE BARREL AND COOPERAGE COMPANY,<br><br>Defendants. | NO. 2:19-cr-00258-RAJ<br><br>ORDER GRANTING MOTION TO SEAL |

The government has moved to seal the following materials filed in connection with its response to Defendants' Motion for Dismissal or for a New Trial:

- The government's unredacted Response to Defendants' Motion for Dismissal or for a New Trial;
- Exhibit 1 to the Declaration of Seth Wilkinson filed in support of that response;
- Exhibit 4 to the Declaration of Seth Wilkinson; and
- Exhibit 5 to the Declaration of Seth Wilkinson.

The Court finds that the Motion to Seal is supported by good cause and GRANTS the motion. The material listed above shall remain under seal.

DATED this 9th day of September, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge