THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LOUIE SANFT, and SEATTLE BARREL AND COOPERAGE COMPANY,<br><br>　　　　　　　Defendants. | Case No. 2:19-cr-00258 RAJ<br><br>STIPULATION AND ORDER EXTENDING REPLY DEADLINE |

STIPULATION AND ORDER
EXTENDING REPLY DEADLINE - 1
CASE NO. 2:19-CR-00258-RAJ

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1  IT IS HEREBY STIPULATED by and between respective counsel for the government, Louie Sanft, and Seattle Barrel and Cooperage Company that, subject to Court approval, the deadline for Louie Sanft and Seattle Barrel to file a reply in support of their "Motion to Dismiss or for a New Trial and an Evidentiary Hearing" (Dkt. 311) is extended from October 28, 2022, to November 10, 2022. The parties request this brief extension to allow counsel for the defendants adequate time to review additional discovery materials and to prepare a comprehensive reply brief to the government's 79-page response brief.

*SO STIPULATED.*

DATED this 25th day of October, 2022.

| | |
|---|---|
| **NICHOLAS W. BROWN**<br>United States Attorney<br><br>By: *s/ Thomas Woods*<br>Thomas Woods<br>Seth Wilkinson<br>Andrew Friedman<br>James Oesterle<br>Teal Miller<br>Assistant United States Attorneys | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>By: *s/ Angelo J. Calfo*<br>Angelo J. Calfo, WSBA No. 27079<br>Patricia A. Eakes, WSBA No. 18888<br>Henry C. Phillips, WSBA No. 55152<br>Per D. Jansen, WSBA No. 49966<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>Phone: (206) 274-6400<br>Email: angelo.calfo@morganlewis.com<br>        patty.eakes@morganlewis.com<br>        henry.phillips@morganlewis.com<br>        per.jansen@morganlewis.com<br><br>*Attorneys for Defendant Louie Sanft*<br><br>**MORGAN, LEWIS & BOCKIUS LLP**<br><br>By: *s/ Harold A. Malkin*<br>Harold A. Malkin, WSBA No. 30986<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>Phone: (206) 274-6400<br>Email: harold.malkin@morganlewis.com |

STIPULATION AND ORDER
EXTENDING REPLY DEADLINE – 1
CASE NO. 2:19-CR-00258-RAJ

**LANE POWELL PC**

By: *s/ Taylor Washburn*
Taylor Washburn, WSBA No. 51524
1420 Fifth Avenue, Suite 4200
Seattle, WA 98111
Phone: (206) 223-7000
Email: washburnt@lanepowell.com

*Attorney for Defendant Seattle Barrel and Cooperage Company*

STIPULATION AND ORDER
EXTENDING REPLY DEADLINE – 2
CASE NO. 2:19-CR-00258-RAJ

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

**ORDER**

The Court, having considered the parties' Stipulated Motion hereby ORDERS that the Motion (Dkt. 338) is GRANTED. The deadline for Louie Sanft and Seattle Barrel and Cooperage Company to file a reply in support of their "Motion to Dismiss or for a New Trial and an Evidentiary Hearing" is extended from October 28, 2022, to November 10, 2022, and the motion is renoted for November 11, 2022.

DATED this 28th day of October, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER
EXTENDING REPLY DEADLINE – 3
CASE NO. 2:19-CR-00258-RAJ

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401