THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00258 RAJ |
| Plaintiffs, | |
| v. | ORDER GRANTING DEFENDANTS' JOINT MOTION TO SEAL |
| LOUIE SANFT, and SEATTLE BARREL AND COOPERAGE COMPANY, | |
| Defendants. | |

ORDER GRANTING JOINT MTN TO SEAL - 1
CASE NO. 2:19-CR-00258-RAJ

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

The Court, having considered defendants Louie Sanft's and Seattle Barrel's joint motion to seal, hereby ORDERS that the motion is GRANTED.  Exhibit 5 to the Declaration of Angelo Calfo and the unredacted reply brief in support of the motion to dismiss shall be filed under seal.

DATED this 5th day of December, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING JOINT MTN TO SEAL - 2
CASE NO. 2:19-CR-00258-RAJ

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401