THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>LOUIE SANFT, and SEATTLE BARREL AND COOPERAGE COMPANY,<br><br>Defendants. | Case No. 2:19-cr-00258 RAJ<br><br>ORDER GRANTING DEFENDANTS' JOINT UNOPPOSED MOTION TO CONTINUE SENTENCING DATE |

The Court, having considered Defendants Louie Sanft's and Seattle Barrel and Cooperage Company's joint unopposed motion to continue sentencing date, and for good cause shown, hereby ORDERS that the motion (Dkt. 347) is GRANTED. The sentencing hearing is continued to Friday, April 7, 2023, at 1:30 p.m.

DATED this 14th day of December, 2022.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

[ORDER GRANTING DEFS' JOINT UNOPPOSED MTN TO CONTINUE SENTENCING DATE - 1
(CASE NO. 2:19-cr-00258-RAJ)

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401