THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>LOUIE SANFT, and SEATTLE BARREL AND COOPERAGE COMPANY,<br><br>            Defendants. | Case No. 2:19-cr-00258 RAJ<br><br>ORDER GRANTING DEFENDANTS' JOINT UNOPPOSED MOTION TO CONTINUE SENTENCING DATE |

The Court, having considered Defendants Louie Sanft's and Seattle Barrel's Joint Unopposed Motion to Continue Sentencing Date, and for good cause shown, hereby ORDERS that the motion (Dkt. 351) is GRANTED.  Sentencing is continued for both Defendants until August 11, 2023 at 10:00 a.m.

DATED this 17th day of February, 2023.

*Richard A Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFS' JOINT UNOPPOSED
MTN TO CONTINUE SENTENCING DATE - 1
(CASE NO. 2:19-cr-00258-RAJ)

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401