The Hon. Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIE SANFT, and SEATTLE BARREL AND COOPERAGE COMPANY,<br><br>Defendants. | Case No. 2:19-cr-00258 RAJ<br><br>ORDER ON DEFENDANTS' JOINT UNOPPOSED MOTION TO CONTINUE SENTENCING DATE |

The Court, having considered Defendant Louie Sanft and Defendant Seattle Barrel's Joint Unopposed Motion to Continue Sentencing Date, and for good cause shown, hereby ORDERS that the motion (Dkt. 354) is GRANTED in part.  The Court declines to continue the sentencing to October 2023.  Sentencing is continued for both Defendants and is rescheduled for **Friday, September 8, 2023, at 1:30 p.m.**

The parties' sentencing memoranda shall be submitted no later than **August 28, 2023.**

DATED this 29th day of June, 2023.

*(signature)*

The Honorable Richard A. Jones
United States District Judge