Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LOUIE SANFT, and SEATTLE BARREL AND COOPERAGE COMPANY, <br><br> Defendants. | Case No. 2:19-cr-00258-RAJ <br><br> ORDER DENYING DEFENDANTS' JOINT UNOPPOSED MOTION TO CONTINUE SENTENCING DATE AND DEADLINE FOR OBJECTIONS TO PRESENTENCE REPORT |

The Court, having considered Defendants Louie Sanft's and Seattle Barrel and Cooperage Company's joint unopposed motion to continue sentencing date and deadline for objections to presentence report, and the files and pleading here, hereby **DENIES** the motion (Dkt. 357) given the Court's anticipated imminent ruling on Defendants' Joint Motion to Dismiss or for a New Trial.

DATED this 15th day of August, 2023.

The Honorable Richard A. Jones
United States District Judge

ORDER - 1