Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIE SANFT, and SEATTLE BARREL AND COOPERAGE COMPANY,<br><br>Defendants. | Case No. 2:19-cr-00258-RAJ<br><br>ORDER DENYING DEFENDANTS' SECOND JOINT UNOPPOSED MOTION TO CONTINUE SENTENCING DATE |

The Court, having considered Defendants Louie Sanft's and Seattle Barrel and Cooperage Company's second joint unopposed motion to continue sentencing date, and the files and pleading here, hereby **DENIES** the motion (Dkt. 359)  Sentencing for Defendants Louie Sanft and Seattle Barrel and Cooperage Company shall proceed as scheduled on September 8, 2023 at 1:30 p.m.

DATED this 23rd day of August, 2023.

The Honorable Richard A. Jones
United States District Judge

ORDER - 1